UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Juan Moreno**,

    Plaintiff,

v.

**Mettler Properties, L.P.,** a California Limited Partnership; **Flyers Energy, LLC,** a California Limited Liability Company; and Does 1-10,

    Defendants.

Case: 1:14-CV-00546-MCE-JLT

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

### ORDER

Pursuant to the parties' joint stipulation for dismissal of this action (ECF No. 18) and Federal Rule of Civil Procedure 41(a), this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs. Accordingly, Plaintiff's Motion for Service by Publication (ECF No. 15) is DENIED without prejudice as moot and the Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT